# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | OMNI HORIZON GROUP LLP | | |
| **Case Number:** | 2:09-BK-33353-RTB | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 07, 2010 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LORRAINE DAVIS | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CLEAR ENERGY SYSTEMS, INC.

**R / M #:**   17 / 0

## Appearances:

STUART BRADLEY RODGERS, ATTORNEY FOR JILL H. FORD
DARREN E. HOLMES, ATTORNEY FOR OMNI HORIZON GROUP LLP
DARRELL DORESY, ATTORNEY FOR CLEAR ENERGY SYSTEMS

## Proceedings:

Mr. Dorsey argues his opinon in support of stay relief. He discusses the matter with the court and notes if relief is granted, he will not enforce the judgment without further order of the court.

Mr. Rodgers responds in opposition.

Mr. Holmes responds in opposition.

Discussions ensue between counsel and the court.

COURT: IT IS ORDERED continuing this matter to 5/19/10 @ 2:30 p.m.